IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                            PLAINTIFF

v.                            No. 4:15-cr-46-DPM-3

GRAYSON MOORE                                     DEFENDANTS

ORDER

Grayson Moore entered United States Marshals Service custody after pleading guilty on 9 September 2015. Moore is eight months pregnant. She has three small children—ages eleven, seven, and three. And the Court's docket won't allow for sentencing before Moore's October due date. In light of all these circumstances, the Court recommends that the United States Marshals Service house Moore at the closest available federal facility with an on-site hospital until her 15 December 2015 sentencing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2015