IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 4:15-CR-00046-(03)-DPM |
| | ) | |
| GRAYSON MOORE | ) | |

**DEFENDANT'S MOTION TO RELEASE PENDING SENTENCING**

The Defendant, Grayson Moore (Ms. Moore), by and through undersigned counsel, in support of her Motion to Release Pending Sentencing, states the following:

1.   A Change of Plea Hearing for Ms. Moore was held on September 9, 2015. At that hearing, Ms. Moore pled "guilty to conspiracy to possess with intent to distribute and to distribute a mixture and substance containing methamphetamine, a violation of Title 21, United States Code, Section 846."

2.   Because the charge involves a violation of the Controlled Substances Act and carries a maximum penalty of more than ten years, the Court remanded her to the custody of the U.S. Marshall pending imposition of her sentence pursuant to 18 USCS § 3143(a)(2).

3.   On September 15, 2015, Ms. Moore filed her Motion for Reconsideration of this Court's remand of Ms. Moore to custody pursuant to 18 USCS § 3143(a)(2).

4.     On September 17, 2015, the Court entered an Order stating that, although an exceptional circumstance did exist, the motion was denied because the Court lacked authority to consider "exceptional circumstances" as a grounds for release pending sentencing under 18 USCS § 1345(c) because no appeal had been filed.

5.     The Court further held in its Order that "[i]f there is an appeal, then any judicial officer can order release for exceptional reasons, notwithstanding the mandatory-detention provision. But without an appeal, § 3145 is inapplicable." Or. Denying Def's Mot. Reconsideration Remand Custody, *United States v. Moore* 3-4 (E.D. Ark., W. Div. Sept. 17, 2015) (No. 4:15-cr-46-DPM-3).

6.     On September 17, 2015, Ms. Moore filed a Notice of Appeal (*see* attached) to the United States Court of Appeals for the Eighth Circuit. Thus, this Court should now have the authority to consider Ms. Grayson's exceptional circumstances and order her release pending her sentencing hearing.

WHEREFORE, the Defendant, Grayson Moore, for the reasons stated above, respectfully requests that the Court release her from the U.S. Marshall's custody pending her sentencing hearing.

        Respectfully submitted,

        /s/ Arkie Byrd #80020
        MAYS, BYRD & ASSOCIATES, P.A.
        415 Main Street
        Little Rock, AR 72201
        (501) 372-6303
        abyrd@maysbyrdlaw.com
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Garry J. Correthers  gjcorrotherslaw@gmail.com

Stephanie Gosnell Mazzanti     Stephanie.Mazzanti@usdoj.gov, francesca.grant@usdoj.gov

Molly Sullivan     molly_sullivan@fd.org, Imirida_Lopez@fd.org, molsullivan@gmail.com

Erin Sioghan O'Leary     erin.o'leary@usdoj.gov, melinda.wheeler@usdoj.gov

        /s/Arkie Byrd