UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                     PLAINTIFF

VS.                               NO. 4:15CR00046-03 DPM

GRAYSON MOORE                                                                DEFENDANT

## NOTICE OF APPEAL

Notice is hereby given that Grayson Moore appeals to the United States Court of Appeals for the Eighth Circuit from the Order of Mandatory Detention entered in this action on September 17, 2015.

Respectfully submitted,

BY: _____
Arkie Byrd #80020
MAYS, BYRD & ASSOCIATES, P.A.
415 Main Street
Little Rock, AR 72201
501-372-6303 Telephone
501-399-9280 Facsimile
E:mail: abyrd@maysbyrdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Garry J. Corrothers    gjcorrotherslaw@gmail.com

Stephanie Gosnell Mazzanti    Stephanie.Mazzanti@usdoj.gov, francesca.grant@usdoj.gov

Molly K. Sullivan    molly_sullivan@fd.org, Imirida_Lopez@fd.org, molsullivan@gmail.com

Erin Siobhan O'Leary    erin.o'leary@usdoj.gov, melinda.wheeler@usdoj.gov

/s/Arkie Byrd

**EXHIBIT "A"**